# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA NICOLE,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>T2M INVESTMENTS, LLC,<br><br>　　　　　Appellee. | No. 1:24-cv-00562-JLT<br>BAP No. EC-24-1032<br>Bk. No. 21-10679<br>Adv. No. 21-01015<br><br>ORDER RE CERTIFICATION OF RECORD AND TO SHOW CAUSE RE FAILURE TO PROSECUTE |

Sylvia Nicole appeals a decision entered by the U.S. Bankruptcy Court for the Eastern District of California in Case No. 21-10679 - Adversary Case No. 21-01015-A. The appeal, initiated May 10, 2024 (*see* Doc. 1), is not yet ripe for decision.

Prior to noticing this appeal, Ms. Nicole filed a motion to appoint counsel in the underlying adversary proceeding, which the Bankruptcy Court transferred to the undersigned for resolution because it is unclear whether the Bankruptcy Court has authority to address such a motion. (Doc. 3.) That motion to appoint counsel was denied (Doc. 5), as was a similar, subsequent motion. (Doc. 10.) A third motion to appoint counsel was denied on March 11, 2025. (Doc. 20.)

It appears that Ms. Nicole took certain steps in June 2024 to satisfy the prerequisites for the Bankruptcy Court to certify the record for this appeal, filing a designation of record and statement of issues in the docket of the adversary case on appeal. (*See* E.D. Cal. Bankruptcy Case

No. 21-01015, Doc. Nos. 602, 604, 607.) However, as the opening letter in this appeal indicates, she must also "file a notice regarding the ordering of transcripts with the bankruptcy court" (*see* Doc. 2), which may be satisfied by filing a copy of a written order requesting transcripts from the reporter or "a certificate stating that the appellant is not ordering a transcript." *See* Fed. R. Bank. Pro. 8009(b).

Within 14 days of the date of this order, Ms. Nicole **SHALL** address this deficiency by making appropriate filings on the bankruptcy adversary case docket. Within 14 days of the date of this order, Ms. Nicole **SHALL ALSO** file a brief statement in this case indicating that she has made appropriate filings with the bankruptcy court **OR** explain in writing why she cannot do so. Ms. Nicole is warned that failure to comply with or respond to this order in a timely manner may result in dismissal of this case for failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 3, 2025**

UNITED STATES DISTRICT JUDGE